JUAN MARTINEZ, Appellant, v. AMERICAN SOUTH AFRICAN LINE, INC., Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. A question of fact for determination by the jury was presented by the testimony of plaintiff's witnesses. The trial court erred in

refusing plaintiff an opportunity to adduce further evidence to sustain the complaint herein. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.